# Exhibit A

# '872 Patent

| US9531872 B2 Claim 10 | Twilio |
|---|---|
| 10. A method for providing an indication about a missed call, said method comprising the following steps: | <br><https://oneview.Twilio.com/s/article/Missed-Calls?language=en_US><br>Twilio has a method for providing an indication about a missed call. |

| US9531872 B2 Claim 10 | Twilio |
|---|---|
| receiving an incoming call by means of a communication apparatus comprising receiving means; processing said received incoming call by means of a control unit coupled to said receiving means; outputting, by means of an output means, information related to the received incoming call to a user of the communication apparatus; | **Check Your Call Logs**<br><br>Check the **Twilio Call Logs** to validate that we have successfully received and processed the incoming call(s). You can view the logs and search for your call record via either Console, or the REST API.<br><br>**A record doesn't exist for the call**: If you don't see a record for the call in question, then there is likely an issue elsewhere. Continue reading for additional troubleshooting.<br><br>**A record does exist for the call**: If you do see a record for the call in question, this indicates Twilio has successfully received the call, and the issue lies elsewhere. Continue troubleshooting with the following checklist:<br><br>• Are you troubleshooting an Elastic SIP Trunking or SIP Domain call?<br>• Are you (or a caller) hearing the "An application error has occurred" error on your call?<br>• Is an outbound call not connecting?<br>• Does the call log show any Debug Events?<br>• Is your TwiML URL or Application SID responding as intended?<br>• Are you (or a caller) experiencing any audio quality issues?<br><br><https://support.twilio.com/hc/en-us/articles/360021667534-Troubleshooting-Incoming-Calls-on-a-Twilio-Phone-Number><br><br>The reference describes receiving an incoming call by means of a communication apparatus comprising receiving means.<br><br>The reference describes processing said received incoming call by means of a control unit coupled to said receiving means.<br><br>The reference describes outputting, by means of an output means, information related to the received incoming call to a user of the communication apparatus. |

| US9531872 B2 Claim 10 | Twilio |
|---|---|
| wherein said step of outputting information is performed by cause processing means associated to said control unit, said cause processing means performing the steps of: verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus; extracting a cause value from a cause information element sent from a network to said apparatus; and outputting to the user an indication related to the cause value via the output means; | **Final Call Statuses**<br><br>After a call has finished, the following final status options are possible:<br><br>**busy** — Twilio dialed the number, but received a busy response.<br><br>**no-answer** — Twilio dialed the number but no one answered before the timeout parameter value elapsed. This can be configured for each call, but by default is set to 60 seconds on outbound API calls, and 30 seconds on outbound <Dial> calls.<br><br>**canceled** — Prior to being answered, an outbound call was canceled via an HTTP POST request to the REST API, or an incoming call was disconnected by the calling party<br><br>**failed** — Twilio's carriers could not connect the call. Possible causes include the destination is unreachable, or the number may have been input incorrectly.<br><br><https://support.twilio.com/hc/en-us/articles/223132547-What-are-the-Possible-Call-Statuses-and-What-do-They-Mean-><br><br>The reference describes verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus.<br><br>The reference describes extracting a cause value from a cause information element sent from a network to said apparatus.<br><br>The reference describes outputting to the user an indication related to the cause value via the output means. |

| US9531872 B2 Claim 10 | Twilio |
|---|---|
| wherein said step of outputting to the user an indication related to the cause value is performed through the steps of: verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said output means said indication that the missed received incoming call was ended by the network and was urgent; and verifying when the cause value comprises an indication that the missed received incoming call was cleared by the caller, and in such a case outputting to the user via said output means an indication that the missed received incoming call was ended by the caller. | **Final Call Statuses** After a call has finished, the following final status options are possible: | | |---|---| | busy | Twilio dialed the number, but received a busy response. | | no-answer | Twilio dialed the number but no one answered before the timeout parameter value elapsed. This can be configured for each call, but by default is set to 60 seconds on outbound API calls, and 30 seconds on outbound <Dial> calls. | | canceled | Prior to being answered, an outbound call was canceled via an HTTP POST request to the REST API, or an incoming call was disconnected by the calling party | | failed | Twilio's carriers could not connect the call. Possible causes include the destination is unreachable, or the number may have been input incorrectly. | <https://support.twilio.com/hc/en-us/articles/223132547-What-are-the-Possible-Call-Statuses-and-What-do-They-Mean-> The reference describes verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said output means said indication that the missed received incoming call was ended by the network and was urgent. The reference describes verifying when the cause value comprises an indication that the missed received incoming call was cleared by the caller, and in such a case outputting to the user via said output means an indication that the missed received incoming call was ended by the caller. |