| Case Title | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|
| Missed Call, LLC v. Mitel Network, Inc. | 1:2023cv01281 | Texas Western District Court | 10/20/2023 | |