# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERNDISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TWILIO INC., <br><br> Defendant. | Case No. 1:23-CV-01294-RP |

## NOTICE OF APPEARANCE

Notice is hereby given that Chris R. Schmidt enters his appearance as counsel for Defendant TWILIO INC. in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Schmidt is currently admitted to practice in the United States District Court for the Western District of Texas. Mr. Schmidt's contact information is as follows:

Chris R. Schmidt
Erise IP, P.A.
7015 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 27833
chris.schmidt@eriseip.com

Dated: November 10, 2023                                  Respectfully submitted,

                                                          By: */s/ Chris R. Schmidt*
                                                          Chris R. Schmidt
                                                          KS Bar No. 27833
                                                          Email: chris.schmidt@eriseip.com
                                                          **ERISE IP, P.A.**
                                                          7015 College Blvd., Suite 700
                                                          Overland Park, Kansas 66211
                                                          Telephone: 913-777-5600; Fax 913-777-5601

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on November 10, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                          */s/ Chris R. Schmidt*
                                                          Chris R. Schmidt