# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>TWILIO INC.,<br><br>   Defendant. | Case No. 1:23-CV-01294-RP |

## NOTICE OF APPEARANCE

Notice is hereby given that Eric A. Buresh enters his appearance as counsel for Defendant TWILIO INC. in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Buresh is currently admitted to practice in the United States District Court for the Western District of Texas. Mr. Buresh's contact information is as follows:

Eric A. Buresh
Erise IP, P.A.
7015 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 19895
eric.buresh@eriseip.com

Dated: November 10, 2023                Respectfully submitted,

                                        By: */s/ Eric A. Buresh*
                                        Eric A. Buresh
                                        KS Bar No. 19895
                                        Email: eric.buresh@eriseip.com
                                        **ERISE IP, P.A.**
                                        7015 College Blvd., Suite 700
                                        Overland Park, Kansas 66211
                                        Telephone: 913-777-5600; Fax 913-777-5601

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on November 10, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                        */s/ Eric A. Buresh*
                                        Eric A. Buresh