# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC, <br><br> Plaintiff <br><br> v. <br><br> TWILIO INC. <br><br> Defendant. | Civil Action No. 1:23-cv-01294-RP <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TWILIO INC. TO ANSWER OR OTHERWISE RESPOND

Defendant Twillio Inc. requests a 45-day extension of time for it to answer or otherwise respond to the Complaint. Defendant was served on November 2, 2023, which sets the current deadline to answer or respond to November 24, 2023. *See* Dkt. 7. A 45-day extension of time moves the deadline to Monday, January 8, 2024. As set forth in the Certificate of Conference below, counsel for Defendant conferred with counsel for Missed Call, LLC and this request is unopposed. Defendant certifies that this Unopposed Motion is brought in good faith, not for the purposes of delay, and will not prejudice any party to this action. Rather, this request is necessary to afford Defendant time to assess Plaintiff's claims and its response.

Based on the foregoing, Defendant Twilio Inc. respectfully requests that the Court grant its request and extend its deadline to answer or otherwise respond to January 8, 2024.

Date: November 10, 2023                          Respectfully submitted,

                                                 ERISE IP, P.A.

                                                 */s/ Chris R. Schmidt*
                                                 Eric A. Buresh (*admitted*)
                                                 KS Bar No. 19895
                                                 Chris R. Schmidt (*admitted*)
                                                 KS Bar No. 27833
                                                 7015 College Blvd., Ste. 700
                                                 Overland Park, Kansas 66211
                                                 Eric.Buresh@eriseip.com
                                                 Chris.Schmidt@eriseip.com
                                                 Telephone: (913) 777-5600
                                                 Facsimile: (913) 777-5601

                                                 *ATTORNEYS FOR TWILIO INC.*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred via email regarding the requested extension of time, and counsel for Plaintiff is not opposed to the requested relief.

                                                 */s/ Chris R. Schmidt*
                                                 Chris R. Schmidt

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 10, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                 */s/ Chris R. Schmidt*
                                                 Chris R. Schmidt