# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC, <br><br> Plaintiff <br><br> v. <br><br> TWILIO INC. <br><br> Defendant. | Civil Action No. 1:23-cv-01294-RP <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

This Court, having considered Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Response (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to January 8, 2024.

SIGNED this _____ day of _____ 2023.

_____
HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE