# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC,<br><br>                      Plaintiff<br><br>v.<br><br>TWILIO INC.<br><br>                      Defendant. | Civil Action No. 1:23-cv-01294-RP<br><br>JURY TRIAL DEMANDED |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TWILIO INC. TO ANSWER OR OTHERWISE RESPOND

Defendant Twilio Inc. requests a 30-day extension of time for it to answer or otherwise respond to the Complaint. Defendant was served on November 2, 2023 and the initial time to answer or respond was November 24, 2023. *See* Dkt. 7. The Court granted a first extension of time to respond to Monday, January 8, 2024. Defendant requests an additional 30-day extension of time, setting the response date to February 7, 2024. As set forth in the Certificate of Conference below, counsel for Defendant conferred with counsel for Missed Call, LLC and this request is unopposed. Defendant certifies that this Second Unopposed Motion is brought in good faith, not for the purposes of delay, and will not prejudice any party to this action. Rather, this request is necessary to afford Defendant the time to gather information related to venue issues and discuss the resulting facts with counsel for Missed Call to potentially obviate motion practice. In view of the upcoming holiday shutdown for the Defendant, and to avoid burdening the Court with potentially unnecessary motion practice, Twilio requests this additional time to investigate and confer with Plaintiff.

Based on the foregoing, Defendant Twilio Inc. respectfully requests that the Court grant

its request and extend its deadline to answer or otherwise respond to February 7, 2024.

Date: December 12, 2023

Respectfully submitted,

ERISE IP, P.A.

*/s/ Chris R. Schmidt*
Eric A. Buresh (*admitted*)
KS Bar No. 19895
Chris R. Schmidt (*admitted*)
KS Bar No. 27833
7015 College Blvd., Ste. 700
Overland Park, Kansas 66211
Eric.Buresh@eriseip.com
Chris.Schmidt@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*ATTORNEYS FOR TWILIO INC.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred via email regarding the requested extension of time, and counsel for Plaintiff is not opposed to the requested relief.

*/s/ Chris R. Schmidt*
Chris R. Schmidt

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 12, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Chris R. Schmidt*
Chris R. Schmidt