# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC,<br><br>      Plaintiff<br><br>v.<br><br>TWILIO INC.<br><br>      Defendant. | Civil Action No. 1:23-cv-01294-RP<br><br>JURY TRIAL DEMANDED |

## STIPULATED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Defendant Twilio Inc. ("Twilio") and Plaintiff Missed Call, LLC ("Missed Call") hereby file this stipulated motion to transfer this case to the United States District Court for the Northern District of California.

Plaintiff agrees with Defendant that the United States District Court for the Northern District of California, a judicial district in which Twilio has a regular and established place of business, is a proper venue.

Wherefore, for good cause, and pursuant to 28 U.S.C § 1406(a), the parties respectfully request that the Court enter the Proposed Order submitted with this Motion as set forth above.

| | |
|---|---|
| Date: February 1, 2024 | Respectfully submitted, |
| | ERISE IP, P.A. |
| | */s/ Chris R. Schmidt* |
| | Eric A. Buresh (*admitted*) |
| | KS Bar No. 19895 |
| | Chris R. Schmidt (*admitted*) |
| | KS Bar No. 27833 |
| | 7015 College Blvd., Ste. 700 |
| | Overland Park, Kansas 66211 |
| | Eric.Buresh@eriseip.com |
| | Chris.Schmidt@eriseip.com |
| | Telephone: (913) 777-5600 |
| | Facsimile: (913) 777-5601 |
| | ***Counsel for Defendant Twilio Inc.*** |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(i) and the motion is unopposed.

*/s/ Chris R. Schmidt*
Chris R. Schmidt

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 1, 2024 all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Chris R. Schmidt*
Chris R. Schmidt