# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| MISSED CALL, LLC,<br><br>               Plaintiff<br><br>v.<br><br>TWILIO INC.<br><br>               Defendant. | Civil Action No. 1:23-cv-01294-RP |

## ORDER ON STIPULATED MOTION TO TRANSFER

Before the Court is the Parties' stipulated motion to transfer this case to the United States District Court for the Northern District of California.

Having considered the Motion and arguments of counsel, the Court hereby ORDERS that the Motion to Transfer is GRANTED.

It is, therefore, ORDERED that the Parties' stipulated motion is granted.