IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MISSED CALL, LLC,                          §
                                           §
              Plaintiff,                   §
                                           §
v.                                         §              1:23-CV-1294-RP
                                           §
TWILIO INC.,                               §
                                           §
              Defendant.                   §

## ORDER

Before the Court is the parties' Stipulated Motion To Transfer To The Northern District Of

California, (Dkt. 12). In light of the motion to transfer being agreed, the Court **GRANTS** the

motion.

Accordingly, **IT IS ORDERED** that this action is **TRANSFERRED** to the United States

District Court for the Northern District of California.

**SIGNED** on February 2, 2024.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE