| | |
|---|---|
| Missed Call, LLC v. Twilio Inc. | Date Filed: 10/24/2023 |
| Assigned to: Judge Robert Pitman | Jury Demand: Plaintiff |
| Related Case: 1:23−cv−01281−RP | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Missed Call, LLC**     represented by     **William P. Ramey , III**
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
713−426−3923
Fax: 832/900−4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Twilio Inc.**     represented by     **Chris R Schmidt**
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
(913)777−5600
Fax: (913)777−5601
Email: chris.schmidt@eriseip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A Buresh**
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
(913) 777−5600
Fax: (913) 777−5601
Email: eric.buresh@eriseip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2023 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number ATXWDC−18023405), filed by Missed Call, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Ramey, William) (Entered: 10/24/2023) |
| 10/24/2023 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 10/24/2023) |

| 10/24/2023 | 3 | REQUEST FOR ISSUANCE OF SUMMONS by Missed Call, LLC. (Ramey, William) (Entered: 10/24/2023) |
|---|---|---|
| 10/24/2023 | 4 | Certificate of Interested Parties by Missed Call, LLC. (Ramey, William) (Entered: 10/24/2023) |
| 10/24/2023 | 5 | NOTICE *Notice of Related Cases* by Missed Call, LLC (Attachments: # 1 Exhibit A)(Ramey, William) (Entered: 10/24/2023) |
| 10/24/2023 |  | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kp) (Entered: 10/26/2023) |
| 10/24/2023 |  | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Howell. (kp) (Entered: 10/26/2023) |
| 10/24/2023 |  | DEMAND for Trial by Jury by Missed Call, LLC. (kp) (Entered: 10/26/2023) |
| 10/24/2023 | 6 | Summons Issued as to Twilio Inc.. (kp) (Entered: 10/26/2023) |
| 11/07/2023 | 7 | SUMMONS Returned Executed by Missed Call, LLC. Twilio Inc. served on 11/2/2023, answer due 11/24/2023. (Ramey, William) (Entered: 11/07/2023) |
| 11/10/2023 | 8 | NOTICE of Attorney Appearance by Chris R Schmidt on behalf of Twilio Inc.. Attorney Chris R Schmidt added to party Twilio Inc.(pty:dft) (Schmidt, Chris) (Entered: 11/10/2023) |
| 11/10/2023 | 9 | NOTICE of Attorney Appearance by Eric A Buresh on behalf of Twilio Inc.. Attorney Eric A Buresh added to party Twilio Inc.(pty:dft) (Buresh, Eric) (Entered: 11/10/2023) |
| 11/10/2023 | 10 | Unopposed MOTION for Extension of Time to File Answer by Twilio Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Schmidt, Chris) (Entered: 11/10/2023) |
| 11/13/2023 |  | Text Order GRANTING 10 Unopposed Motion for Extension of Time to Answer entered by Judge Robert Pitman. IT IS ORDERED that Defendant shall answer or otherwise respond to Plaintiff's complaint on or before January 8, 2024. (This is a text–only entry generated by the court. There is no document associated with this entry.) (sslc) (Entered: 11/13/2023) |
| 11/13/2023 |  | Reset Deadlines: Twilio Inc. answer due 1/8/2024. (dm) (Entered: 11/13/2023) |
| 12/12/2023 | 11 | Unopposed MOTION for Extension of Time to File Answer by Twilio Inc.. (Attachments: # 1 Proposed Order)(Schmidt, Chris) (Entered: 12/12/2023) |
| 12/13/2023 |  | Text Order GRANTING 11 Unopposed Motion for Extension of Time to Answer entered by Judge Robert Pitman. IT IS ORDERED that Defendant shall answer or otherwise respond to Plaintiff's complaint on or before February 7, 2024. (This is a text–only entry generated by the court. There is no document associated with this entry.) (sslc) (Entered: 12/13/2023) |
| 12/13/2023 |  | Reset Deadlines: Twilio Inc. answer due 2/7/2024. (dm) (Entered: 12/13/2023) |
| 02/01/2024 | 12 | Agreed MOTION to Transfer Case *to the Northern District of California* by Twilio Inc.. (Schmidt, Chris) (Entered: 02/01/2024) |
| 02/01/2024 | 13 | Proposed Order to 12 Agreed MOTION to Transfer Case *to the Northern District of California* by Twilio Inc.. (Schmidt, Chris) (Entered: 02/01/2024) |
| 02/02/2024 | 14 | ORDER GRANTING 12 Motion to Transfer Case. IT IS ORDERED that this action is TRANSFERRED to the United States District Court for the Northern District of California. Signed by Judge Robert Pitman. (dm) (Entered: 02/02/2024) |

| 02/02/2024 | 15 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office. (dm) (Entered: 02/02/2024) |