1
2
3
4

ERISE IP, P.A.
Chris R. Schmidt (Bar No. 298761)
chris.schmidt@eriseip.com
Eric A. Buresh (*pro hac vice* to be filed)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice* to be filed)
7015 College Blvd., Suite 700
Overland Park, KS 66211

5

*Attorneys for Defendant Twilio Inc.*

6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

10
11
12
13
14
15
16

| | |
|---|---|
| Missed Call, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Twilio Inc.,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00681-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Missed Call, LLC ("Missed Call") and Defendant Twilio Inc. ("Twilio") (collectively, the "Parties") hereby stipulated to extend the time for Twilio to respond to the Complaint (ECF No. 1) of Plaintiff Missed Call to February 22, 2024.

February 6, 2024                    Respectfully Submitted,

By: */s/ Chris Schmidt*
Chris R. Schmidt

ERISE IP, P.A.
Chris R. Schmidt (Bar No. 298761)
chris.schmidt@eriseip.com
Eric A. Buresh (*pro hac vice* to be filed)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice* to be filed)
lydia.raw@eriseip.com
7015 College Blvd.
Overland Park, KS 66221

*Attorneys for Defendant Twilio Inc.*


Respectfully Submitted,

By: */s/ William P. Ramey, III*
William P. Ramey, III

William P. Ramey, III (*pro hac vice* to be filed)
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713)-425-3923

*Attorneys for Plaintiff Missed Call, LLC*

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties stipulation, Defendant's deadline to file their responsive pleading to the Complaint is extended to February 22, 2024.

Date February ___, 2024                                    _____

                                                           Honorable Judge Laurel Beeler

                                                           United States Magistrate Judge