ERISE IP, P.A.
Chris R. Schmidt (Bar No. 298761)
chris.schmidt@eriseip.com
Eric A. Buresh (*pro hac vice* to be filed)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice* to be filed)
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Defendant Twilio Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Missed Call, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Twilio Inc.,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00681-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Defendant Twilio Inc's ("Twilio") deadline to respond to the Complaint is February 22, 2024. (ECF No. 20). Plaintiff Missed Call, LLC ("Missed Call") and Defendant Twilio hereby stipulate to extend the time for Twilio to respond to the Complaint (ECF No. 1) by 30 days, to March 25, 2024.

February 20, 2024                    Respectfully Submitted,

By: /s/ Chris Schmidt
Chris R. Schmidt

ERISE IP, P.A.
Chris R. Schmidt (Bar No. 298761)
chris.schmidt@eriseip.com
Eric A. Buresh (*pro hac vice* to be filed)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice* to be filed)
lydia.raw@eriseip.com
7015 College Blvd.
Overland Park, KS 66221

**Attorneys for Defendant Twilio Inc.**

Respectfully Submitted,

By: /s/ William P. Ramey, III
William P. Ramey, III

William P. Ramey, III (*pro hac vice* to be filed)
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713)-425-3923

**Attorneys for Plaintiff Missed Call, LLC**

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant's deadline to file their responsive pleading to the Complaint is extended to March 25, 2024.

Date February 21, 2024

_____
Honorable Judge Laurel Beeler
United States Magistrate Judge