# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Missed Call, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Twilio Inc.,<br><br>    Defendant. | Case No.: 3:24-cv-00681-LB<br><br>**DEFENDANT TWILIO INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Twilio Inc. hereby discloses that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated: March 25, 2024        Respectfully Submitted,

*/s/ Chris R. Schmidt*

**ERISE IP, P.A.**
Eric A. Buresh (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)
Chris R. Schmidt (CA Bar No. 298761)

***Attorneys for Defendant Twilio Inc.***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 25, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Chris R. Schmidt*
Chris R. Schmidt