Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice* anticipated)
Texas Bar No. 24027643
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

*Attorneys for Plaintiff*
**Missed Call, LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MISSED CALL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>Defendant. | Case No.: 3:24-cv-00681-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Missed Call, LLC files this notice of voluntary dismissal of this action for all of Plaintiff's claims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. Counsel for Plaintiff expresses its apologies to the Court for this late filing, missing the 2:00 pm deadline. Counsel for Plaintiff was conferring with counsel for defendant and let the deadline pass by mistake.

1

NOTICE OF VOLUNTARY DISMISSAL - CASE NO.: 3:24-CV-00681-LB

Dated: April 22, 2024

Respectfully submitted,

RAMEY LLP

*/s/ William P. Ramey, III*
William P. Ramey, III (pro hac vice anticipated)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff*
Missed Call, LLC

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, William P. Ramey, III, attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

                                        */s/ William P. Ramey, III*
                                        William P. Ramey, III