William P. Ramey, III (*pro hac vice* anticipated)
Texas Bar No. 24027643
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

*Attorneys for Plaintiff*
**Missed Call, LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MISSED CALL, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>      Defendant. | Case No.: 3:24-cv-00681-LB<br><br>**[CORRECTED] NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Missed Call, LLC files this notice of voluntary dismissal of this action for all of Plaintiff's claims. Plaintiff stipulates and agrees that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. Counsel for Plaintiff expresses its apologies to the Court for this late filing, missing the 2:00 pm deadline. Counsel for Plaintiff was conferring with counsel for defendant and let the deadline pass by mistake.

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted, |
| | RAMEY LLP |
| | */s/ William P. Ramey, III* |
| | William P. Ramey, III (pro hac vice anticipated) |
| | 5020 Montrose Blvd., Suite 800 |
| | Houston, Texas 77006 |
| | Telephone: (713) 426-3923 |
| | Fax: (832) 689-9175 |
| | Email: wramey@rameyfirm.com |
| | *Attorneys for Plaintiff* |
| | Missed Call, LLC |

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(1), I, William P. Ramey, III, attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

*/s/ William P. Ramey, III*
William P. Ramey, III